In the Matter of ALICIA DILLARD, Respondent, v DERRICK HILL, Appellant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [930 NYS2d 170]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Peradotto, Lindley and Sconiers, JJ.